UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE PETREY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRINCESS CRUISE LINES, LTD. and<br>ALASKA HOTEL PROPERTIES, LLC,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-03401-JLS-AJR<br><br>**JUDGMENT** |

　　　　Having granted Defendants Princess Cruise Lines, Ltd. and Alaska Hotel Properties, LLC's motion for summary judgment (Doc. 30), IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

　　　　1.　　Judgment is entered in favor of Defendants Princess Cruise Lines, Ltd. and Alaska Hotel Properties, LLC and against Plaintiff Wallace Petrey.

　　　　2.　　Plaintiff shall take nothing, and Defendants may recover their costs pursuant to Central District Local Rule 54.

Dated: June 30, 2024　　　　By: _____
　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE